**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ALANNAH HARPER,

Plaintiff,

v.

CLARITY SERVICES, INC.,

Defendant.

Case No. **5:26-cv-00742**

# DEFENDANT CLARITY SERVICES, INC.'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

## Recusal Information

**1.** If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

☒ The parent company of Clarity is Experian Holdings, Inc. The ultimate parent company of Experian Holdings, Inc. is Experian plc. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

**2.** Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

None.

**3.** Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

None.

**4.** If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

None.

**5.** Identify any entity or natural person not already disclosed and likely to actively participate in this action.

a. Alannah Harper (Plaintiff);

b. David M. Bender, Esq., Ethan B. Babb, Esq., and Ethan Babb Law Firm (Counsel for Plaintiff);

c. Clarity Services, Inc. (Defendant);

d. Grant, Edward Lavelle Schnell, Esq., Goodwin Procter LLP (Counsel for Defendant Clarity);

e. Experian plc (Ultimate parent corporation of Defendant); and

f. Experian Holdings, Inc. (Parent corporation of Defendant).

**6.** Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

None.

## Citizenship Information

**7.** If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Not applicable.

**8.** If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

Not applicable.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and**

**belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

October 6, 2026

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Clarity Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify that on the same date a copy of the foregoing document has been furnished to the following parties via United States Postal Service mail postage prepaid:

David Bender, Esq.
Ethan B. Babb, Esq.
Ethan Babb Law Firm
6013 Farcenda Place, Suite 101
Melbourne, FL 32940

*Counsel for Plaintiff*

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.